UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/20/14
```

KUWAIT INVESTMENT AUTHORITY,

    Plaintiff,

v.

AMERICAN INTERNATIONAL GROUP, INC.;
MARTIN J. SULLIVAN; STEVEN J. BENSINGER;
JOSEPH CASSANO; ANDREW FORSTER; ALAN
FROST; DAVID HERZOG; and ROBERT LEWIS,

    Defendants.

No. 11-CV-8403 (LTS) (DCF)

---

OPPENHEIMER EQUITY FUND, INC.;
OPPENHEIMER VARIABLE ACCOUNT
FUNDS; PANORAMA SERIES FUNDS,
INC.; OPPENHEIMER MAIN STREET
FUND, INC.; OPPENHEIMER MAIN
STREET SELECT FUND f/k/a Oppenheimer
Main Street Opportunity Fund;
OPPENHEIMER RISING DIVIDENDS
FUND f/k/a Oppenheimer Quest Value Fund,
Inc.; OPPENHEIMER GLOBAL
ALLOCATION FUND f/k/a Oppenheimer
Quest Balanced Fund; OPPENHEIMER
CAPITAL APPRECIATION FUND;
OPPENHEIMER GLOBAL FUND;
OPPENHEIMER GLOBAL VALUE FUND;
OPPENHEIMER EQUITY INCOME FUND,
INC. f/k/a Oppenheimer Quest Capital Value
Fund, Inc.; and OFITC GLOBAL FUND,

    Plaintiffs,

v.

AMERICAN INTERNATIONAL GROUP, INC.;
MARTIN J. SULLIVAN; STEVEN J. BENSINGER;
JOSEPH CASSANO; ANDREW FORSTER; ALAN
FROST; DAVID L. HERZOG; ROBERT LEWIS;
STEPHEN F. BOLLENBACH; MARSHALL A.

No. 12-CV-523 (LTS) (DCF)

| | |
|---|---|
| COHEN; MARTIN S. FELDSTEIN; ELLEN V. FUTTER; STEPHEN L. HAMMERMAN; RICHARD C. HOLBROOKE; FRED H. LANGHAMMER; GEORGE L. MILES, JR.; MORRIS W. OFFIT; JAMES F. ORR III; VIRGINIA M. ROMETTY; MICHAEL H. SUTTON; EDMUND S.W. TSE; ROBERT B. WILLUMSTAD; and FRANK G. ZARB,<br><br>     Defendants. | |
| BRITISH COAL STAFF SUPERANNUATION SCHEME; MINEWORKERS' PENSION SCHEME; FÖRSTA AP-FONDEN; TAYSIDE SUPERANNUATION FUNDS; INTERNATIONAL FUND MANAGEMENT S.A.; DEKA INTERNATIONAL S.A. LUXEMBURG; DEKA INVESTMENT GmbH; and ETFLAB INVESTMENT GmbH,<br><br>     Plaintiffs,<br><br>v.<br><br>AMERICAN INTERNATIONAL GROUP, INC.; MARTIN J. SULLIVAN; STEVEN J. BENSINGER; JOSEPH CASSANO; ANDREW FORSTER; ALAN FROST; DAVID HERZOG; ROBERT LEWIS; MARSHALL A. COHEN; MARTIN S. FELDSTEIN; ELLEN V. FUTTER; STEPHEN L. HAMMERMAN; GEORGE L. MILES, JR.; MORRIS W. OFFIT; JAMES F. ORR III; VIRGINIA ROMETTY; MICHAEL H. SUTTON; EDMUND S.W. TSE; FRANK G. ZARB; PRICEWATERHOUSECOOPERS LLC; CITIGROUP GLOBAL MARKETS INC.; CREDIT SUISSE SECURITIES (USA) LLC; DEUTSCHE BANK SECURITIES INC.; DOWLING & PARTNERS SECURITIES, LLC; FOX-PITT·KELTON COCHRAN CARONIA WALLER (USA) LLC; JP MORGAN SECURITIES INC.; KEEFE, BRUYETTE & WOODS, INC.; MERRILL LYNCH, PIERCE, FENNER & SMITH INCORPORATED; and WACHOVIA CAPITAL MARKETS LLC,<br><br>     Defendants. | No. 12-CV-4555 (LTS) (DCF) |

US_ACTIVE:\44444911\1\47756.0017

| | |
|---|---|
| PACIFIC LIFE FUNDS and PACIFIC SELECT FUND,<br><br>              Plaintiffs,<br><br>v.<br><br>AMERICAN INTERNATIONAL GROUP, INC.; MARTIN J. SULLIVAN; STEVEN J. BENSINGER; JOSEPH CASSANO; ANDREW FORSTER; ALAN FROST; DAVID L. HERZOG; ROBERT LEWIS; THOMAS ATHAN; STEPHEN F. BOLLENBACH; MARSHALL A. COHEN; MARTIN S. FELDSTEIN; ELLEN V. FUTTER; STEPHEN L. HAMMERMAN; RICHARD C. HOLBROOKE; FRED H. LANGHAMMER; GEORGE L. MILES, JR.; MORRIS W. OFFIT; JAMES F. ORR III; VIRGINIA M. ROMETTY; MICHAEL H. SUTTON; EDMUND S.W. TSE; ROBERT B. WILLUMSTAD; and FRANK G. ZARB,<br><br>              Defendants. | No. 12-CV-6071 (LTS) (DCF) |
| TEACHERS RETIREMENT SYSTEM OF THE STATE OF ILLINOIS,<br><br>              Plaintiff,<br>v.<br><br>AMERICAN INTERNATIONAL GROUP, INC.; MARTIN J. SULLIVAN; STEVEN J. BENSINGER; ROBERT E. LEWIS; JOSEPH J. CASSANO; ANDREW FORSTER; ALAN FROST and DAVID L. HERZOG,<br><br>              Defendants. | No. 13-CV-3377 (LTS) (DCF) |

3

| | |
|---|---|
| GIC PRIVATE LIMITED,<br><br>　　　　　　Plaintiff,<br>v.<br><br>AMERICAN INTERNATIONAL GROUP, INC.,<br><br>　　　　　　Defendant. | No. 13-CV-6565 (LTS) (DCF) |
| STICHTING PENSIOENFONDS METALEKTRO; PENSIOENFONDS METAAL EN TECHNIEK; STICHTING PHILIPS PENSIOENFONDS; ING FUND MANAGEMENT B.V. AND ING BEWAAR MAATSCHAPPIJ I B.V., FOR AND ON BEHALF OF ING NOORD-AMERIKA BASIS FONDS, ING NORTH AMERICA EQUITY BASIS FONDS, ING DUURZAAM RENDEMENT BASIS FONDS, ING GLOBAL EQUITY BASIS FONDS, ING GLOBAL OPPORTUNITIES BASIS FONDS, AND ING FINANCIALS BASIS FONDS; ING (L) SICAV, FOR AND ON BEHALF OF ING (L) INVEST WORLD, ING (L) INVEST SUSTAINABLE GROWTH, ING (L) INVEST BANKING & INSURANCE, ING (L) INVEST GLOBAL OPPORTUNITIES, ING (L) INVEST US ENHANCED CORE CON CENTRA TED, AND ING (L) INVEST US OPPORTUNISTIC EQUITY; and ING INVESTMENT MANAGEMENT BELGIUM NV/SA, FOR AND ON BEHALF OF STAR FUND AND RECORD TOP PENSION FUND,<br><br>　　　　　　Plaintiffs,<br>v.<br><br>AMERICAN INTERNATIONAL GROUP, INC.; MARTIN J. SULLIVAN; STEVEN J. BENSINGER; ROBERT E. LEWIS; JOSEPH J. CASSANO; ANDREW FORSTER; ALAN FROST; DAVID L. HERZOG,<br><br>　　　　　　Defendants. | No. 13-CV-6502 (LTS) (DCF) |

4

| | |
|---|---|
| THE REGENTS OF THE UNIVERSITY OF CALIFORNIA,<br><br>    Plaintiff,<br><br>v.<br><br>AMERICAN INTERNATIONAL GROUP, INC.; MARTIN J. SULLIVAN; STEVEN J. BENSINGER; JOSEPH CASSANO; ANDREW FORSTER; THOMAS PETER ATHAN; ALAN FROST; DAVID L. HERZOG; and ROBERT LEWIS,<br>    Defendant. | No. 14-CV-1270 (LTS) (DCF) |

## [PROPOSED] ORDER TEMPORARILY STAYING PROCEEDINGS

DEBRA FREEMAN, UNITED STATES MAGISTRATE JUDGE:

WHEREAS, the above-captioned actions (collectively, the "*Individual Actions*") are related to *In re American International Group Inc., 2008 Sec. Litig.*, No. 08-CV-4772 (LTS) (DCF);

WHEREAS, the parties in the *Individual Actions* (the "Parties") have conferred and agree that, subject to Court approval and/or modification, proceedings in the *Individual Actions* should be stayed until the decision of the Supreme Court of the United States in *Halliburton Co. v. Erica P. John Fund, Inc.*, 134 S. Ct. 636 (U.S. Nov. 15, 2013) ("*Halliburton*");

NOW, THEREFORE, IT IS HEREBY ORDERED as follows:

    A.    The *Individual Actions* shall be stayed until the decision in *Halliburton*.

    B.    Twenty-one (21) days following the decision in *Halliburton*, the Parties shall submit to the Court one (or more) proposed case management order(s) to govern further proceedings in the *Individual Actions* (either collectively or individually) or, absent agreement,

letters regarding status and apprising the Court of areas of disagreement with respect to the proposed case management order(s).

*The Clerk of Court is directed to docket this Order in each of the seven above-captioned cases.*

Dated: New York, New York
       March 20, 2014

_____
DEBRA FREEMAN
United States Magistrate Judge