UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x

KUWAIT INVESTMENT OFFICE,

        Plaintiff,

  -v-                                                No.  11 Civ. 8403 (LTS)(DCF)

AMERICAN INTERNATIONAL
GROUP, INC. et al.,

        Defendants.

-------------------------------------------------------x

ORDER

        In accordance with the Opinion, filed today in the above-captioned case and related cases, Defendants' joint omnibus motion to dismiss the complaint is granted.  Plaintiff's claims under the Exchange Act are dismissed to the extent they rely on misstatements and/or omissions made prior to November 18, 2006.  Defendant Cassano's partial motion to dismiss the complaint is granted.  Any claims against Cassano based on misstatements and/or omissions other than Cassano's own oral statements made on August 9, 2007, November 8, 2007, and December 5, 2007, are dismissed.  Defendant Forster's partial motion to dismiss the complaint is granted.  Any claims against Forster based on misstatements and/or omissions other than Forster's own oral statements made on May 31, 2007, and December 5, 2007, are dismissed.

This order resolves docket numbers 43, 45 and 48.

SO ORDERED.

Dated: New York, New York
September 10, 2015

/s/  Laura Taylor Swain
LAURA TAYLOR SWAIN
United States District Judge