UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| KUWAIT INVESTMENT AUTHORITY,<br><br>                    Plaintiffs,<br>v.<br><br>AMERICAN INTERNATIONAL GROUP, INC., MARTIN J. SULLIVAN, STEVEN J. BENSINGER, JOSEPH CASSANO, ANDREW FORSTER, ALAN FROST, DAVID HERZOG and ROBERT LEWIS,<br><br>                    Defendants. | No. 11-CV-8403 (LTS) (DCF) |

## PLAINTIFFS' NOTICE OF VOLUNTARY DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Kuwait Investment Authority, by and through their undersigned counsel, hereby voluntarily dismiss all claims against all defendants in the above-captioned action with prejudice.

Dated:  October 12, 2015	Respectfully submitted:

**BOIES, SCHILLER & FLEXNER LLP**


By:   /s/ Damien J. Marshall
     Damien J. Marshall
     Duane Loft


575 Lexington Avenue, 7th Floor
New York, New York 10022
Tel: (212) 446-2300
Fax: (212) 446-2350
dmarshall@bsfllp.com

*Attorneys for Plaintiff*